**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MORRIS ABELL and SUSAN ABELL,

    Plaintiffs,

  v.

SAFECO INSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

No. C 14-02734 WHA

**NOTICE RE SETTLEMENT**

    Defendant's counsel have filed a notice of settlement with plaintiffs in the above-captioned matter. The parties should be aware, however, that all deadlines set in this action will remain in place until a proper notice of settlement is filed pursuant to Federal Rule of Civil Procedure 41(a).

Dated: October 21, 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE